# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158444 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 158444
                                     COA: 343823
JIMARIO DEJUAN SULLIVAN,
        Defendant-Appellant.                          Muskegon CC: 13-062982-FC

_____/

      On order of the Court, the application for leave to appeal the August 9, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



d0320

                  Clerk